UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANKLIN J. BURR, individually and as
personal representative of the estate of
Bernadeen L. Burr,

    Plaintiff,

v.                                                                             CASE NO: 8:07-cv-1429-T-23MSS

PHILIP MORRIS, USA and
RJ REYNOLDS TOBACCO COMPANY,

    Defendants.
_____/

## **ORDER**

    The Honorable Harvey E. Schlesinger today has entered the attached order in Bernice Brown, et al. v. R.J. Reynolds, et al., No. 3:07-cv-761-J-25HTS (M.D. Fla. Aug. 28, 2008).  For the reasons and to the extent determined by Judge Schlesinger in his order, which is adopted by and incorporated into this order, Philip Morris USA, Inc.'s "Amended Rule 16(c) Motion to Determine the Preclusive Effect of the Engle Phase I Findings" (Doc. 30) is **GRANTED**.  In sum, the Phase I jury's general findings that were discussed by the Florida Supreme Court in Engle v. Liggett Group, Inc., 945 So. 2d 1246, 1266 (Fla. 2006), neither establish any element of the plaintiff's claims nor preclude the defendants from contesting each element of each alleged claim.

    Because this order involves a controlling question of law as to which a substantial ground for difference of opinion exists and an immediate appeal from the order may materially advance the ultimate termination of the litigation (again, as determined by

Judge Schlesinger's order), this order is certified for interlocutory appeal under 28 U.S.C. § 1292(b).

ORDERED in Tampa, Florida, on August 28, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE